Case 1:26-cv-03796-PKC Document 25 Filed 07/22/26 Page 1 of 1

**STEWART | SMITH**

Nancy Stuart Portney, Esq.
300 Four Falls Corporate Center | Suite 670
300 Conshohocken State Rd. | West Conshohocken, PA 19428
Main: (484) 534-8300 | Fax: (484) 534 – 9470
Direct: (484) 344-5323 | nportney@StewartSmithLaw.com

July 22, 2026

**VIA ECF**
Hon. P. Kevin Castel, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. SO ORDERED
[signature] USDJ
7-22-26

RE: ***LEMX Corp. v. Interstate Fire and Cas. Co. and Ategrity Specialty Ins. Co.*, 1:26-cv-03796-PKC (S.D.N.Y.)**

**Request for Extension of Time to Submit Case Management Plan and Scheduling Order**

Dear Hon. Castel,

This firm represents Plaintiff LEMX Corp. ("LEMX") in the above-captioned action, and it submits this request with the consent of all counsel of record. The previously scheduled July 6, 2026 conference was vacated by Order dated June 29, 2026, and it has not yet been rescheduled.

Pursuant to Your Honor's July 14, 2026 setting the date for submission of the parties' Case Management Plan and Scheduling Order (the "Plan") for July 24, 2026, and in accordance Section 1.C. of Your Honor's Individual Practices, LEMX hereby requests an extension of time for the parties to submit their Plan, from the current deadline of Friday, July 24, 2026, for thirty (31) days until Monday, August 24, 2026. Specifically, it is LEMX's understanding that the parties in the underlying action, that is the subject of this declaratory judgment action, are currently engaged in settlement negotiations to resolve that action, that may impact matters in this action. No request for extension of this date was previously sought by any party.

Accordingly, we respectfully request that the Court grant our request for extension to file the Plan, and set the date for August 24, 2026.

Respectfully submitted,

**STEWART SMITH**

*Nancy S. Portney*

Nancy S. Portney
*Counsel for Plaintiff, LEMX Corp.*

cc: All counsel of record (via ECF)
William Deveau, Esquire (via email, WDeveau@tktrial.com)